IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACIE ZAKSKORN, et al.,

       Plaintiffs,                                    No. CIV S-11-2610 KJM-KJN

    vs.

AMERICAN HONDA MOTOR CAR, INC. et al.,

       Defendants.

                                        /

JAVIER HIDALGO, On Behalf of Himself and all Others Similarly Situated,

       Plaintiffs,                                    No. CIV S-11-3120 WBS DAD

    vs.

AMERICAN HONDA MOTOR CO, INC., et al.,,

       Defendants.                                   <u>RELATED CASE ORDER</u>

                                        /

        Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Both actions arise from alleged problems with the braking systems in some Civic automobiles.   Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that CIV S-11-3120 WBS DAD is reassigned from Judge Shubb to the undersigned and from Magistrate Judge Drozd to Magistrate Judge Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-11-3120 KJM-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

It is further ORDERED that the pretrial scheduling conference set for February 16, 2012 in Civ. No. 11-3120 is hereby vacated.  A new scheduling conference on both cases is set for March 29, 2012 at 2:30 p.m.  The parties' joint pretrial conference statement is due no later than March 19, 2012.

IT IS SO ORDERED.

DATED: February 13, 2012.

_____
UNITED STATES DISTRICT JUDGE