UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE ZAKSKORN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., et al.,<br><br>            Defendants. | Civ No. S-11-2610 KJM KJN |
| JAVIER HIDALGO,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., et al.,<br><br>            Defendants. | Civ No. S-11-3120 KJM KJN<br><br><br>ORDER TO SHOW CAUSE |

On September 10, 2013, the court granted the parties' fourth stipulation to change the dates in the pretrial scheduling order and set the deadline to file a motion for preliminary approval of a settlement or to propose new deadlines for class certification and expert discovery for November 15, 2013. ECF Nos. 26, 27. The parties did not file anything on November 15.

1

IT IS THEREFORE ORDERED that within seven days of the date of this order, plaintiffs shall show cause why they should not face dismissal or some other sanction for failure to prosecute.

DATED: December 24, 2013.

_____
UNITED STATES DISTRICT JUDGE