UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE ZAKSKORN, et al., | No. 2:11-CV-02610-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| AMERICAN HONDA MOTOR CO., INC., et al., | |
| Defendants. | |

Pursuant to court order, May 2, 2014 Order at 15–16, ECF No. 63, the parties jointly filed a response addressing the court's concerns regarding preliminary approval of the class-settlement notice and proposing a notice-and-hearing schedule. Joint Response at 2–7, ECF No. 65.  Having reviewed the filing, the court is now satisfied the proposed notice will adequately protect potential class members' interests and approves the proposed notice and schedule.[1]

/////

---

[1] In light of the parties' joint response, the court understands plaintiffs' counsel to have the class member information they require.  Should plaintiffs' counsel need additional information from defendants, the parties are directed to meet and confer before filing any motion with the court.

1

1          Accordingly, the court GRANTS preliminary approval of the proposed notice
2  and ADOPTS the notice-and-hearing schedule.
3          Plaintiffs' consent motion to file a consolidated complaint and stay defendants'
4  response pending resolution of class settlement is likewise GRANTED.
5          IT IS SO ORDERED.
6  DATED: July 10, 2014.

                                                 UNITED STATES DISTRICT JUDGE